9045927856 p.5

```
DEPT 1011    7205161914056
PO BOX 4115
CONCORD CA 94524
```

**CHASE RECEIVABLES**
**A Professional Collection Agency**

855-365-1212

May 2, 2014

RETURN SERVICE REQUESTED

PROSPER CHOCRUN ▇▇0801-MY VT
2304 E 14TH ST
BROOKLYN NY 11229-4308

Send payments/Correspondence To:
Chase# 10280801-MY VT
Chase Receivables
1247 Broadway
Sonoma, CA 95476

---

IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT

---

*Office Handling Your Account:*
*Office Hours:*
PLEASE CALL BETWEEN
Monday-Friday 6:00am to 6:30pm PST
Saturday 7am to 2:30pm PST

CREDITOR: VERIZON
CREDITOR ACCT#: 7183320830725228
ACCT#: ▇▇0801
AMOUNT DUE: $85.49

Dear PROSPER CHOCRUN

This letter is to inform you of a special offer to resolve your overdue account with our client. We apologize that a possible hardship or pitfall may have prevented you from satisfying your obligation. It is with this in mind that we would like to offer you a limited time offer opportunity to satisfy your outstanding debt. We are presenting four options that will enable you to avoid further collection activity being taken against you.

Please note that you may have additional outstanding accounts that do not qualify for this offer.

OPTION 1: A settlement of 45% OFF of your current balance, SO YOU ONLY PAY $47.01 in ONE PAYMENT that must be received in this office on or before May 15, 2014.
OPTION 2: A settlement of 35% OFF of your current balance, SO YOU ONLY PAY $55.56 in ONE PAYMENT that must be received in this office on or before May 30, 2014.
OPTION 3: A settlement of 25% OFF of your current balance, SO YOU ONLY MAKE TWO PAYMENTS OF $32.05 EACH the first payment must be received on or before May 15, 2014 and the second by June 15, 2014.
OPTION 4: Monthly payment plan on full balance.

If you are interested in taking advantage of one of these terrific opportunities or if you have any questions, you MUST contact our office as soon as possible at 855-365-1212 (toll free). When you call, please let your representative know that you have received the CHASE Receivables Option Letter and tell us whether you would like to take advantage of the SETTLEMENT OPTION or the PAYMENT Option.

If we do not hear from you, we are forced to assume that you do not intend to resolve your obligation on a voluntary basis and we will recommend that our client proceed with further collection activity.

Sincerely,

Chase Receivables

**You have 6 easy payment options:**
1. Send us a check- Make all checks payable to VERIZON and send to the payment address above.
2. Pay via a Credit Card. ($14.95 Chase Receivables processing fee where applicable)
3. Pay via Western Union.
4. Pay via the web www.chaserec.com/paymethod.php PIN# 16616. *
5. Call us at the number shown above and one of our representatives will be happy to assist you!
6. Electronic Check Payments can be done over the phone ($9.95 Chase Receivables processing fee where applicable)
* Selecting this option enables you to make a payment 24 hours a day, 7 days a week - and you do not need to speak to a representative.

THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A COLLECTION AGENCY.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CHR159st-0501-471464138-00818-818