UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x     CV-15-00410 (ERK)(VMS)

PROSPER COCHRUN, on behalf of himself
and others similarly situated,

                      Plaintiff     CORPORATE DISCLOSURE
                                       STATEMENT

      -against-

CREDIT BUREAU OF NAPA COUNTY, INC.,
d/b/a CHASE RECEIVABLES,

                      Defendant

-----------------------------------------------------------------x

TO THE CLERK OF THE COURT:

    There is no parent corporation or any publicly held corporation which owns 10% of more of

the stock of the Defendant Credit Bureau of Napa County, Inc. d/b/a Chase Receivables.

DATED: April 22, 2015

                                               / s / *Robert L. Arleo*
                                             ROBERT L. ARLEO, ESQ.
                                             (RA 7506)
                                             Attorney for the Defendant
                                             380 Lexington Avenue
                                             17th Floor
                                             New York, New York  10168
                                             (212) 551-1115